ACCEPTED
07-14-00391-CR
SEVENTH COURT OF APPEALS
AMARILLO, TEXAS
1/27/2015 10:33:56 AM
Vivian Long, Clerk

NO. 07-14-00391-CR

IN THE

COURT OF APPEALS

FOR THE

STATE OF TEXAS

FILED IN
7th COURT OF APPEALS
AMARILLO, TEXAS

1/27/2015 10:33:56 AM

VIVIAN LONG
CLERK

_____

CAUSE NO. 07-14-00391-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AMARILLO, TEXAS

_____

ABEL CERVANTES, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

APPEAL FROM CAUSE NO. 2014-401,087

364TH DISTRICT COURT, LUBBOCK COUNTY, TEXAS
_____

**FIRST MOTION FOR EXTENSION OF TIME
FOR FILING APPELLANT'S BRIEF**

**TO THE HONORABLE JUDGES OF THE COURT OF APPEALS:**

COMES NOW, ABEL CERVANTES, Appellant, and files this First Motion for an Extension of Time for Filing Appellant's Brief in the above styled and numbered cause pursuant to Rules 38.6(d) and 10.5(b) of the Texas Rules of Appellate Procedure.

The due date for Appellant's Brief is January 28, 2015. Counsel for Appellant would

_____
*First Motion for Extension of Time for Filing Appellant's Brief*                                               *1*

request additional time to adequately brief the issues to the Court.

Counsel for Appellant hereby requests a thirty (30) day extension until February 27, 2015.

WHEREFORE, Appellant prays the Court of Appeals grant this First Motion for Extension of Time for Filing Appellant's Brief.

Respectfully submitted,

**LAW OFFICES OF**
**WM. EVERETT SEYMORE**, **P.C**.

Joel R. Cook
State Bar No. 24044289
everett.seymore@seymorelaw.com
810 Main Street
Lubbock, Texas 79401
Telephone: (806) 747-3825
Facsimile: (806) 747-3851


/s/ Joel R. Cook
JOEL R. COOK
Attorney for Appellant


## CERTIFICATE OF CONFERENCE

This is to certify that the undersigned Counsel has consulted with Mr. Jeff Ford, Lubbock County District Attorney's Office and he does not oppose this Motion.


/s/ Joel R. Cook
JOEL R. COOK


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing First Motion for Extension of Time for Filing Appellant's Brief was delivered, via e-service to Mr. Jeff Ford, Lubbock County District Attorney's Office, P.O. Box 10536, Lubbock, Texas 79408-3536, this the 27th day of January, 2015.

/s/ Joel R. Cook
JOEL R. COOK